**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Tel:   619-762-1910
Fax:   858-313-1850

*Attorneys for Plaintiff
and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MCCARTY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HURLEY INTERNATIONAL LLC, an Oregon Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-02117-JO-SBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Kyle McCarty pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 5, 2025

**LYNCH CARPENTER, LLP**

By:   */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Telephone:   (619) 762-1910
Facsimile:   (858) 313-1850

*Attorneys for Plaintiff and
Proposed Class Counsel*